IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER W. WILLIAMS, ) | No. C 11-2877 LHK (PR) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| ) | WITHOUT PREJUDICE |
| v. ) | |
| ) | |
| UNKNOWN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff, proceeding *pro se*, commenced this action by filing a motion to strike and supporting memorandum of points and authorities. On June 13, 2011, the Clerk of the Court sent a notice to Plaintiff that he failed to submit a federal complaint, and failed to either complete an application to proceed in forma pauperis or pay the filing fee. On June 22, 2011, these notices were returned to the Clerk of the Court with a notation that they were undeliverable. As of the date of this order, Plaintiff has not updated his address with the Court nor submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not

Order of Dismissal Without Prejudice
P:\PRO-SE\SJ.LHK\CR.11\Williams877dis311.wpd

1 deliverable, and (2) the Court fails to receive within sixty days of this return a written
2 communication from the *pro se* party indicating a current address.  *See* L.R. 3-11(b).
3       More than sixty days have passed since the mail sent to Plaintiff by the Court was
4 returned as undeliverable.  The Court has not received a notice from Plaintiff of a new address.
5 Accordingly, the instant complaint is DISMISSED without prejudice pursuant to Rule 3-11 of
6 the Northern District Local Rules.  The Clerk of the Court shall enter judgment and close the
7 file.
8       IT IS SO ORDERED.
9 Dated:   8/28/11

LUCY H. KOH
United States District Judge