1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEXTER W. WILLIAMS,                    )        No. C 11-2877 LHK (PR)
                                       )
                    Plaintiff,         )        JUDGMENT
                                       )
        v.                             )
                                       )
UNKNOWN,                               )
                                       )
                    Defendant.         )
                                       )

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    The Court has dismissed the instant civil rights complaint without prejudice for

Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the

Northern District Local Rules.  A judgment of dismissal without prejudice is hereby entered.

The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated:    8/28/11

                                       _Lucy H. Koh_____
                                       LUCY H. KOH
                                       United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.11\Williams877jud.wpd