IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEXTER W. WILLIAMS, | ) | No. C 11-2877 LHK (PR) |
| Plaintiff, | ) ) | ORDER DIRECTING PLAINTIFF TO FILE |
| v. | ) ) | |
| UNKNOWN, | ) ) | |
| Defendant. | ) ) | |

Plaintiff, proceeding *pro se*, commenced this action by filing a motion to strike and supporting memorandum of points and authorities.  On June 13, 2011, the Clerk of the Court sent a notice to Plaintiff that he failed to submit a federal complaint, and failed to either complete an application to proceed in forma pauperis or pay the filing fee.  On June 22, 2011, these notices were returned to the Clerk of the Court with a notation that they were undeliverable.  On August 29, 2011, the Court dismissed this action pursuant to Northern District Local Rule 3-11, and entered judgment.

On September 8, 2011, Plaintiff filed a letter stating that he received the order of dismissal and judgment, but could not understand why his mail was returned as undeliverable because he has been on death row at San Quentin State Prison since 1996.  The Court construes this letter as a motion to re-open.  In light of Plaintiff's allegations, Plaintiff is directed to file **within thirty (30) days** of the filing date of this order a complaint or petition, using case number

Order Directing Plaintiff to File
P:\PRO-SE\SJ.LHK\CR.11\Williams877re-file.wpd

1  CV 11-2877 LHK (PR), as well as the filing fee (either $5.00 for a petition for writ of habeas
2  corpus, or $350.00 for a civil rights complaint), or a completed application to proceed in forma
3  pauperis.  The Clerk shall provide blank copies of a civil rights complaint form and a petition for
4  writ of habeas corpus, as well as an application for leave to proceed in forma pauperis.

**Failure to submit (1) either a complaint or a petition, and (2) either the filing fee or completed application for leave to proceed in forma pauperis within thirty days will result in the denial of Plaintiff's motion to re-open.**

IT IS SO ORDERED.

Dated:   9/21/11

LUCY H. KOH
United States District Judge