IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER W. WILLIAMS, ) | No. C 11-2877 LHK (PR) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| PEOPLE OF STATE OF CALIFORNIA, ) | |
| Defendant. ) | |

The Court has dismissed this action for failure to state a claim. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/12/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\pro-se\sj.lhk\cr.11\Williams877jud