IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEXTER W. WILLIAMS, | ) | No. C 11-2877 LHK (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| PEOPLE OF STATE OF CALIFORNIA, | ) ) | |
| Defendant. | ) ) | |

The Court has dismissed this action for failure to state a claim. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/12/12

LUCY H. KOH
United States District Judge

Judgment
G:\pro-se\sj.lhk\cr.11\Williams877jud